IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER R. RUTLEDGE, )
)
       Plaintiff, )
)
       v. )    1:24CV520
)
SHANNON RUTLEDGE-CHAMBERS, )
et al., )
)
       Defendant(s). )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983 and other statutes. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed and signed by Plaintiff, to permit review. Plaintiff submitted an *in forma pauperis* application, but did not use the forms approved by this Court. The Clerk will provide him with the proper forms.

2. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(d).

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts

of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)). The Court also notes that Plaintiff's Complaint alleges a conspiracy by a sizable group of family members, corporations, government officials, and others to implant technologies into his brain. The allegations are clearly fantastic and delusional, as noted by another court in dismissing a similar filing by Plaintiff. See <u>Rutledge v. Wake Forest University School of Medicine</u>, CIVIL CASE NO. 3:24-cv-404-MR, 2024 WL 2949030, (W.D.N.C. June, 11, 2024) (unpublished). Plaintiff must raise proper claims for relief. If he persists in raising delusional claims in this Court, they will be similarly dismissed pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 3rd day of July, 2024.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

-2-