# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER R. RUTLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24CV520 |
| ) | |
| SHANNON RUTLEDGE-CHAMBERS, ) | |
| *et al.*, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 3, 2024, in this action. (ECF Nos. 4, 5). Plaintiff filed a supplement to the complaint on July 15, 2024, (ECF No. 6).

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which Plaintiff's supplement refers and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The Court also notes that any attempts to amend his Complaint would require Plaintiff to file a separate motion and a proposed amended Complaint. Even if the Court were to construe Plaintiff's supplement as an attempt to amend the Complaint, any such attempt would be futile as Plaintiff still does not correct the defects cited in the Recommendation. Thus, Plaintiff's request is DENIED.

**IT IS THEREFORE ORDERED** that this action be filed and **DISMISSED** *sua sponte* without prejudice to Plaintiff filing a new compliant, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 13th day of August 2024.

/s/ Loretta C. Biggs
United States District Judge